IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


TOMMY DWAYNE HALL                                            PETITIONER


VS.                              CASE NO. 09-CV-4076


LARRY NORRIS, Director
Arkansas Department of Correction                           RESPONDENT


## **ORDER**

Before the Court is the Report and Recommendation filed on September 29, 2009, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. No. 12).  The Petitioner has responded to the Magistrate's findings and recommendations

and wishes to withdraw his Motion for Default Judgment filed in this matter. (Doc. No. 14).

Upon consideration, the Court adopts *in toto* the Magistrate's findings and

recommendations.  The Court finds that the Respondent timely filed his answer in this matter;

thus, he is not in default.  Accordingly, the Petitioner's Motion for Default Judgment (Doc. No.

9) should be and hereby is **denied.**

IT IS SO ORDERED, this 9th day of October, 2009.


                                        /s/Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        United States District Judge